IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:19-cr-00270-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADAM M. HAUSMAN,

    Defendant.

---

**INFORMATION**
26 U.S.C. § 7212(a)

---

The United States Attorney charges that:

### COUNT 1

Beginning on or about January 1, 2011, and continuing through and including March 30, 2018, in the State and District of Colorado, the defendant ADAM M. HAUSMAN, a resident of Loveland, Colorado, did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by:

(1)     submitting false statements to the Internal Revenue Service ("IRS") in which he purposely failed to disclose all of his assets in an effort to prevent the IRS from collecting on taxes due. Specifically, as of 2011, HAUSMAN owed the IRS approximately $199,810 in back taxes for tax years 1999-2003. During IRS revenue officers' attempts to collect such debt, HAUSMAN made the following false statements:

1

(a) In February of 2012, HAUSMAN caused a financial information statement to be submitted to an IRS revenue officer in which he failed to disclose the existence of an asset, namely, a personal bank account which he owned with First State Bank, which account contained approximately $46,000 in funds.

(b) In April of 2013, HAUSMAN caused a financial information statement to be submitted to an IRS revenue officer in which he failed to disclose the existence of an asset, namely, a 2007 GMC Yukon which he owned, such vehicle having an approximate value of $20,000.

(2) filing an individual income tax return, IRS Form 1040, for calendar year 2012, which underreported HAUSMAN's income by approximately $100,000, resulting in unpaid taxes due of $40,129 for the year.

(3) failing to file individual income tax returns, IRS Forms 1040, and pay taxes owed for calendar years 2013, 2014, and 2016;

(4) failing to file U.S. corporation income tax returns, IRS Forms 1120, and pay taxes owed by his corporation, Wyoming Framers Inc., for calendar years 2014, 2015, and 2016;

(5) regularly and purposely making substantial cash withdrawals from bank accounts he controlled shortly after depositing checks paid to him as income from his construction business. HAUSMAN made such cash withdrawals in part to prevent IRS revenue officers from levying his bank accounts for IRS taxes owed, and accurately assessing current taxes.

HAUSMAN's numerous cash withdrawals amounted to the following:

| Year | Aggregated Amount of Cash Withdrawals |
|------|---------------------------------------|
| 2013 | $ 357,026 |
| 2014 | $ 1,483,661 |
| 2015 | $ 1,785,866 |
| 2016 | $ 2,010,296 |
| 2017 | $ 945,237 |
| 2018 | $ 23,500 |

All in violation of Title 26, United States Code, Section 7212(a).

DATED this 29th Day of May, 2019.

JASON R. DUNN
United States Attorney

By: _____
TIM R. NEFF
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO  80202
Telephone: (303) 454-0100
Fax:  (303) 454-0402
E-mail:  tim.neff@usdoj.gov
Attorney for Government