IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00270-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ADAM M. HAUSMAN,

        Defendant.

## GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR VARIANT SENTENCE [#16]

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Tim R. Neff, Assistant United States Attorney, hereby files its Objection to the Defendant's Motion.

The Government objects to Defendant's Motion for a Variant Sentence [#16]. In doing so, the Government incorporates its arguments and reasons set forth in its Sentencing Statement.

Respectfully submitted this 5th day of December, 2019.

                              JASON R. DUNN
                              United States Attorney

                              By: *s/Tim Neff*
                              TIM NEFF
                              Assistant U.S. Attorney
                              United States Attorney's Office
                              1801 California, Suite 1600
                              Denver, Colorado 80202
                              (303) 454-0367
                              (303) 454-0402 (fax)
                              Tim.Neff@usdoj.gov
                              Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December, 2019, I electronically filed the foregoing **GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR VARIANT SENTENCE [#16]** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/ *Amy McDaniel*
      Amy McDaniel
      Legal Assistant
      U.S. Attorney's Office