IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   19-cr-00270-RBJ | Date:  December 18, 2019 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter:       N/A | Probation: Trisha Skalmusky |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA  **Plaintiff** | Tim Neff |
| v. | |
| 1.  ADAM M. HAUSMAN  **Defendant** | Patrick Ridley |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**    8:31 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Objections addressed.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [16] Defendant's Motion for a Variant Sentence is **DENIED.**

Defendant shall be **imprisoned** for **18 months** as to Count One of the Indictment.

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **1 year.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Englewood, Colorado.

**ORDERED:**  **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons. Reporting is delayed until March 1, 2020.

**Court in recess:**  8:56 a.m.          Hearing concluded.          Total time:     00:25